IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:11-CV-50-BO

| | |
|---|---|
| LINDETTA DAVIS )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE )<br>Commissioner of the )<br>Social Security Administration )<br>)<br>Defendant ) | ORDER<br>TO PLACE DOCUMENT<br>UNDER SEAL<br>F.R. Civ. Pro. 5 |

The motion to seal the Social Security earnings record of the Plaintiff, Ms. Davis, filed with her motion for judgment on the pleadings in this case as Attachment 1, has come before the Court.

The Court finds that:

1. The document entitled Attachment 1 identifies the Plaintiff, Ms. Davis, and contains personal identifying information such as her Social Security number.

2. Disclosure of this personal information could be used to identify the Plaintiff, and gain access to her private personal and financial information.

3. Ms. Davis has a considerable interest in protecting her own identifying information whereas there is no public interest in disclosure of that information.

4. Sealing of the information is justified by compelling privacy concerns that outweigh the public interest in access to the information.

5. Sealing of the document is thereby permitted by statute, Federal Rule of Civil Procedure 5.2.

ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The Clerk of the Court shall seal the document entitled Attachment 1.

2. The Clerk of the Court is directed to file this Order effective this date.

3. Access to the sealed document is limited to the parties to this proceeding, their counsel of record, and such other individuals that the parties to this proceeding may mutually agree or the Court may designate.

SO ORDERED, this the ___14___ day of ___August___, 2011

_____
Judge / Magistrate Judge